IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| YVETTA H., | : |
|     Plaintiff, | : Case No. 2:21-cv-2904 <br> : <br> : CHIEF JUDGE ALGENON L. MARBLEY |
| v. | : <br> : Magistrate Judge Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY, | : <br> : <br> : |
|     Defendant. | : |

**OPINION & ORDER**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation recommending that the Plaintiff's Statement of Errors be overruled, and the Commissioner of Social Security's decision be affirmed. (ECF No. 20). The Report and Recommendation advised the parties that the failure to object within the applicable time period subjected them to the potential waiver of rights on appeal. The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (*Id.*). Plaintiff's Statement of Errors (ECF No. 14) is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. (ECF No. 20).

    IT IS SO ORDERED.

                                                  ALGENON L. MARBLEY
                                                  CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 28, 2022